FILED
JAMES J. VILT, JR. - CLERK
NOV 14 2023
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
Louisville DIVISION

*(Write the District and Division, if any, of the court in which the complaint is filed.)*

---

DR. PETER TRZOP
100 Sandy Hill Ct.
Bardstown, KY 40004.

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. 3:23CV589 GNS

*(to be filled in by the Clerk's Office)*

Jury Trial:   ☐ Yes   ☒ No
*(check one)*

-against-

VETERANS ADMINISTRATION
810 VERMONT AVE NW
Washington DC 20420

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

SEE BELOW.

② DEERS
7700 Arlington Blvd.
Suite 5101
Falls Church, VA 22042

③ DEPARTMENT of Defense
Office of the Secretary
The Pentagon
Washington DC 20301

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: DR. PETER TRZOP
Street Address: 100 Sandy Hill Ct.
City and County: Bardstown, KY 40004
State and Zip Code: KY 40004
Telephone Number: 502 510-0749
E-mail Address: ptRzop@hotmail.com

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name: Veterans Administration
Job or Title (if known): —
Street Address: 810 Vermont Ave DR NW
City and County: Washington DC 20420
State and Zip Code:
Telephone Number: Unknown.
E-mail Address (if known): Unknown

Defendant No. 2

Name: AEERD
Job or Title (if known): —
Street Address: 7700 Arlington Blvd /Suite 5101
City and County: Falls Church

2

|  |  |
|---|---|
| State and Zip Code | VA 22042 |
| Telephone Number | Unknown |
| E-mail Address (if known) | Unknown |

Defendant No. 3

|  |  |
|---|---|
| Name | Department of Defense |
| Job or Title (if known) |  |
| Street Address | Office of the Secretary - Pentagon |
| City and County | Washington DC |
| State and Zip Code | 20301 |
| Telephone Number | Unknown |
| E-mail Address (if known) | Unknown |

Defendant No. 4

|  |  |
|---|---|
| Name | N/A |
| Job or Title (if known) |  |
| Street Address |  |
| City and County |  |
| State and Zip Code |  |
| Telephone Number |  |
| E-mail Address (if known) |  |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

3

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Under 28 USC 1331. Specific federal statutes.

DoDI 6040.44 Section 1554, 10 USC

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual

      The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation

      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

4

   b.   If the defendant is a corporation

   The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

   The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

   _____
   _____
   _____

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Captain (RET) Pete Trzop was given medical retirement per a review of his military & medical file per 10 USC Code 1554. This decision was made OCT 2019 w/ an effective date in 2020. The change in status should have simply changed his medical coverage from ChampVA to Tricare, but administrators at DEERS, USAF, DoDD & VA changed his retirement & medical coverage to JUN 2005, & the VA started notifying medical providers of wrong or improper coverage & payments, and seek monies back from 2005 to 2020.

IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

DR. Peter Trzop status changed his medical coverage, but he was unable to buy TRIcare insurance back to 2005 only 2020. TRZoP was denied the ability to bill tricare for bills paid by ChampVA given the 15 years! TRZoP is getting collection notices from medical providers & collection agencies with no ability to correct the system.

V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

TRZoP seeks a National injunture or injunction stopping the VA from collecting bills/monies due to their errors.

A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 21 SEP, 2023

Signature of Plaintiff _____
Printed Name of Plaintiff  PETER TRZoP

B. For Attorneys

Date of signing: _____, 20__.

6

Signature of Attorney            _____
Printed Name of Attorney         _____
Bar Number                       _____
Name of Law Firm                 _____
Address                          _____
Telephone Number                 _____
E-mail Address                   _____

U.S. POSTAGE PAID
FCM LG ENV
BARDSTOWN, KY 40004
NOV 13, 2023
$6.18
R2305K137176-13

Retail

CERTIFIED MAIL
9589 0710 5270 1118 9500 79

FILED
JAMES J. VILT, JR. - CLERK
NOV 14 2023
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Clerk's Office
601 W. Broadway, Rm 106
Gene Snyder US Courthouse
Louisville, KY 40202

PETER PETZOLD
100 Sandy Hill Ct.
Bardstown, KY 40004