UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

CASE NUMBER: 3:23-cv-00589-GNS

TRZOP                                                    FILED                    PLAINTIFF(S)
                                              JAMES J. VILT, JR. - CLERK
                                                     FEB - 7 2024
v.                                               U.S. DISTRICT COURT
                                               WEST'N. DIST. KENTUCKY

Veterans Administration et Al.                                        DEFENDANT(S)

MOTION FOR   Default Judgment - Rule 55
             [state what you want the Court to do]

I, PETER TRZOP, the ☒ plaintiff / ☐ defendant [check the appropriate box] in the above-named proceeding, respectfully move this Court to issue an order Default Judgment under Rule 55 by issuing a national injunction against the defendants for improperly conflicting debts due to system glitch.
             [state what you want the Court to do]

The reason(s) that I am entitled to the relief I seek is the following:

The Defendants received notification of this federal case via USPS certified mail on 4 DEC 2023. There has been no response within the 60 day period of response.

Over three years, I have taken action with these agencies + many more to fix the system relating to the issue of health care. The Laws of the federal government are not congruent + are in conflict. These Agencies either refuse to act

or these agencies are incapable of Action. I believe the latter, and suggest the only resolution in this matter is for a federal magistrate to force a stoppage of these Agencies from collecting debts related to this matter.

In this case, I was medically separated from the USAF in 2005, but given subsequent laws, National Defense Reauthorization Act, Wounded Warrior Act, Etc, my case was given a hearing which resulted in me being medically retired. The glitch in the law and actions is the Deers system is updated to reflect I was TRICARE eligible since 2005, which in reality I could only sign up effective in the fall 2020.

The VA noted in retro I was not eligible for ChampVA for my family, and started collecting from previous medical providers payments. These providers then made claim for these payments dating back as far as 2009.

Upon learning of this matter, Tricare would not allow me to buy insurance back to 2005, AND I would not be able to file claims over one year old. Because the system stated I was eligible, and the federal laws saying I could not buy Tricare back to 2005, medical debts have been sent collection agencies, and my children lost their medical providers due to bad debts.

Multiple federal agencies - employees - noted there is an obvious failing for clarity in the law + the matter looks wrong, but there is not mechanism, law or agency responsible in this situation. After years of calls, letters + emails, a federal employee said to file a federal case and beg the judge for relief.

There is no action a veteran can take in this matter to resolve the conflict in the law.

I beg the court to put a national injunction in to stop collections relating to these situations. I am not seeking lost time, monies, provider care, nothing other than making these agencies stop hurting our veterans + families.

Thank you for the consideration + support. You are the last person that can help in this matter.

Dr. Beth Trop.

(You may use additional 8 1/2 x 11 paper if needed)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This ___ day of _____, 20**24**.

Signed: *Peter Trzop*
[your signature]

Print your name: **PETER TRZOP**

Address: **100 Sandy Hill Ct.**
**Bardstown, KY 40004**

[For use if you are a prisoner:]

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on _____.

Signed: _____
[your signature]

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above **A MOTION OF DEFAULT** was ~~served~~ **SENT** upon
[name of document]

**VCAN/DOJO/DEZERS** / **Certified Mail** at **Listed in lawsuit**.
[name of opposing party or counsel] [mail or hand-delivery] [address]

on **5 FEB 24**
[date]

Signed: *[signature]*
[your signature]

Page 3 of 3

General Motion Form
For Use By *Pro Se* Litigants
Rev. 4/13



Peter Trzop
100 Sandy Hill Ct
Bardstown, KY 40004-8113



CERTIFIED MAIL
9589 0710 5270 1118 9584 71



40202
RDC 99

U.S. POSTAGE PAID
FCM LETTER
BARDSTOWN, KY 40004
FEB 06, 2024
$5.08
R2305K134859-22

FILED
JAMES J. VILT, JR. - CLERK
FEB - 7 2024
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Clerk's Office
601 W. Broadway, Rm 106
Gene Snyder, US Courthouse.
Louisville, KY 40202

40202822227 C075