UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:23-CV-00589-GNS

DR. PETER TRZOP                                                                                           PLAINTIFF

v.

VETERANS ADMINISTRATION et al.                                                              DEFENDANTS

## JUDGMENT

This matter is before the Court on Defendants' Motion to Dismiss (DN 12), and the Court on this date having issued its Memorandum Opinion and Order granting the motion.

**IT IS HEREBY ORDERED** that the Complaint is **DISMISSED WITHOUT PREJUDICE**.

This is a final and appealable order.

Greg N. Stivers, Chief Judge
United States District Court

February 10, 2025

cc:   counsel of record
       Plaintiff, *pro se*